CLEVELAND BAR ASSOCIATION *v.* OLIVER.

[Cite as *Cleveland Bar Assn. v. Oliver* (1993), 67 Ohio St.3d 69.]

(No. 93–434—Submitted April 26, 1993—Decided August 11, 1993.)

*Hahn Loeser Parks* and *Robert J. Fogarty; Thomas P. Meaney, Jr.; Kaufman & Cumberland* and *Frank J. Cumberland,* for relator.

*Per Curiam.* We adopt the findings and recommendation of the board. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.